UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-46354 |
| | ) | |
| Avado, Anthony | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on March 17, 2016 in Courtroom 680**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: February 11, 2016            By: /s/ Richard M. Fogel
                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: AVADO, ANTHONY § Case No. 12-46354
§
§
§
Debtor(s)

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of: | $ | 15,000.00 |
| and approved disbursements of: | $ | 420.41 |
| leaving a balance on hand of[1]: | $ | 14,579.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | ColFin Bulls Funding A LLC s/i/i to MB Financial | 44,000.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 14,579.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Richard M. Fogel | 4.24 | 0.00 | 4.24 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 892.50 | 0.00 | 892.50 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPARTMENT OF REVENUE | 366.00 | 366.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administrative expenses: $ 3,146.74
Remaining balance: $ 11,432.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,432.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,432.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $66,788.95 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ColFin Bulls Funding A, LLC Kristine M. Kolky/Taft Stettinius & Hollister LLP | 0.00 | 0.00 | 0.00 |
| 1U | ColFin Bulls Funding A LLC s/i/i to MB Financial | 66,788.95 | 0.00 | 11,432.85 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for timely general unsecured claims: $ 11,432.85
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony Avado  
    Debtor

Case No. 12-46354-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ajauregui     Page 1 of 2     Date Rcvd: Feb 12, 2016  
Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2016.

```
db              Anthony Avado,    8565 Ainslie,    Norridge, IL 60706
19729663       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19729664      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19729668       +Bank of New York Mellon, as Trustee,    c/o Ira T. Nevel, Attorney at Law,
                 175 N. Franklin, Ste. 201,    Chicago, IL 60606-1847
19729669      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19729670       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19729672       +City of Chicago,    Attn: Goldman & Grant,    205 W. Randolph, Ste. 1100,
                 Chicago, IL 60606-1813
19729673       +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
24082137       +ColFin Bulls Funding A, LLC,    Kristine M. Kolky/Taft,    Stettinius & Hollister LLP,
                 111 E. Wacker, Ste. 2800,    Chicago IL 60601-4277
19729677       +Fisher & Shapiro,    2121 Waukegan Road,    Suite 301,    Bannockburn, IL 60015-1831
19729681       +Goldman & Grant,    205 W. Randolph,    Suite 1100,    Chicago, IL 60606-1813
19729682       +Ira T. Nevel,    175 N. Franklin,    Suite 201,    Chicago, IL 60606-1847
19783267        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
19729683       +MB Financial Bank,    6111 N. River Road,    Rosemont, IL 60018-5111
19729686        Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19729676       +E-mail/Text: legalcollections@comed.com Feb 13 2016 01:20:38      Commonwealth Edison,
                 Attn: Bankruptcy Dept.,    Three Lincoln Center,    Oak Brook, IL 60181-4204
19729679       +E-mail/Text: cashiering-administrationservices@flagstar.com Feb 13 2016 01:20:50
                 Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
19729680       +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2016 01:00:50      Gecrb/Abt Tv,    Po Box 981439,
                 El Paso, TX 79998-1439
                                                                                               TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19729665*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
19729666*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
19729667*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
19729671*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19729674*      +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
19729675*      +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
19729678*      +Fisher & Shapiro,    2121 Waukegan Road,    Suite 301,    Bannockburn, IL 60015-1831
19729684*      +MB Financial Bank,    6111 N. River Road,    Rosemont, IL 60018-5111
19729685      ##+Ruff, Weidenaar & Reidy, Ltd.,    222 N. LaSalle Street,    Suite 700,    Chicago, IL 60601-1024
                                                                                   TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2016                                          Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: ajauregui              Page 2 of 2             Date Rcvd: Feb 12, 2016
                              Form ID: pdf006              Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2016 at the address(es) listed below:
              Arthur   Czaja    on behalf of Debtor 1 Anthony   Avado arthur@czajalawoffices.com
              Kristine   Kolky    on behalf of Creditor    COLFIN BULLS FUNDING A, LLC kkolky@taftlaw.com,
               sfdocket@shefskylaw.com,etapia@taftlaw.com,wserritella@taftlaw.com,cdowd@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Accountant    Popowcer Katten LTD rfogel@shawfishman.com,
               il72@ecfcbis.com
                                                                                             TOTAL: 6
```