# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: AVADO, ANTHONY | § | Case No. 12-46354 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $971,950.00 | Assets Exempt: | $1,950.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,432.85 | Claims Discharged Without Payment: | $56,419.10 |
| Total Expenses of Administration: | $3,567.15 | | |

    3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,319,116.00 | $44,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,567.15 | $3,567.15 | $3,567.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $199,063.00 | $133,577.90 | $66,788.95 | $11,432.85 |
| **TOTAL DISBURSEMENTS** | $1,518,179.00 | $181,145.05 | $70,356.10 | $15,000.00 |

4) This case was originally filed under chapter 7 on 11/26/2012. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2016

By: /s/ Richard M. Fogel
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property: 2432 W. Madison, Unit 1 | 1210-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | ColFin Bulls Funding A LLC s/i/i to MB Financial | 4110-000 | NA | $44,000.00 | $0.00 | $0.00 |
| N/F | MB Financial Bank | 4110-000 | $273,000.00 | NA | NA | NA |
| N/F | Bank of New York Mellon, as Trustee c/o Ira T. Nevel, Attorn | 4110-000 | $325,234.00 | NA | NA | NA |
| N/F | Bank Of America, N.A. | 4110-000 | $326,924.00 | NA | NA | NA |
| N/F | MB Financial Bank | 4110-000 | $198,000.00 | NA | NA | NA |
| N/F | Select Portfolio Servicing, Inc. | 4110-000 | $195,958.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,319,116.00** | **$44,000.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Richard M. Fogel | 2200-000 | NA | $4.24 | $4.24 | $4.24 |
| Rabobank, N.A. | 2600-000 | NA | $54.41 | $54.41 | $54.41 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $366.00 | $366.00 | $366.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | $892.50 | $892.50 | $892.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$3,567.15** | **$3,567.15** | **$3,567.15** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ColFin Bulls Funding A, LLC Kristine M. Kolky/Taft Stettinius & Hollister LLP | 7100-000 | NA | $66,788.95 | $0.00 | $0.00 |
| 1U | ColFin Bulls Funding A LLC s/i/i to MB Financial | 7100-000 | $198,000.00 | $66,788.95 | $66,788.95 | $11,432.85 |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Fisher & Shapiro | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Gecrb/Abt Tv | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Flagstar Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | City of Chicago | 7100-000 | $440.00 | NA | NA | $0.00 |
| N/F | Ira T. Nevel | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Amex | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $623.00 | NA | NA | $0.00 |
| N/F | Commonwealth Edison | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Codilis & Associates, P.C. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Cap One | 7100-000 | $0.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$199,063.00** | **$133,577.90** | **$66,788.95** | **$11,432.85** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 12-46354  
**Case Name:** AVADO, ANTHONY  
**For Period Ending:** 05/05/2016

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 11/26/2012 (f)  
**§ 341(a) Meeting Date:** 01/15/2013  
**Claims Bar Date:** 01/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property: 2428 W. Madison, Unit 1 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real Property: 1634 N. Milwaukee, Unit 3F | 200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Real Property: 1634 N. Milwaukee, Unit 2 | 200,000.00 | 0.00 | | 0.00 | FA |
| 4 | Real Property: 2428 W. Madison, Unit C | 180,000.00 | 0.00 | | 0.00 | FA |
| 5 | Real Property: 2432 W. Madison, Unit C | 250,000.00 | 0.00 | | 0.00 | FA |
| 6 | Real Property: 2432 W. Madison, Unit 1 (u)<br>Debtor did not list interest in this property until 6/12/15 | 0.00 | Unknown | | 15,000.00 | FA |
| 7 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 8 | BANK ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | WEARING APPAREL | 650.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets    Totals    (Excluding unknown values)** | **$971,950.00** | **$0.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2016         **Current Projected Date Of Final Report (TFR):** 02/11/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-46354 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | AVADO, ANTHONY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2044 | Account #: | ******7400 Checking |
| For Period Ending: | 05/05/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/25/2015 | {6} | Stewart Title Guaranty Company fbo Bank of New York | Proceeds of sale per o/c 11-17-15 | 1210-000 | 15,000.00 | | 15,000.00 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 14,990.00 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.71 | 14,966.29 |
| 01/18/2016 | 101 | ILLINOIS DEPARTMENT OF REVENUE | 2015 IL-1041 (30-6502044) | 2820-000 | | 366.00 | 14,600.29 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.70 | 14,579.59 |
| 03/17/2016 | 102 | Richard M. Fogel | Dividend paid 100.00% on $2,250.00 \| Claim # FEE \| Filed: $2,250.00 | 2100-000 | | 2,250.00 | 12,329.59 |
| 03/17/2016 | 103 | Popowcer Katten Ltd. | Dividend paid 100.00% on $892.50 \| Claim # FEE \| Filed: $892.50 | 3410-000 | | 892.50 | 11,437.09 |
| 03/17/2016 | 104 | Richard M. Fogel | Dividend paid 100.00% on $4.24 \| Claim # TE \| Filed: $4.24 | 2200-000 | | 4.24 | 11,432.85 |
| 03/17/2016 | 105 | ColFin Bulls Funding A LLC s/i/i to MB Financial | Dividend paid 17.12% on $66,788.95 \| Claim # 1U \| Filed: $66,788.95 | 7100-000 | | 11,432.85 | 0.00 |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 12-46354 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| **Case Name:** | AVADO, ANTHONY | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2044 | **Account #:** | ******7400 Checking |
| **For Period Ending:** | 05/05/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

{ } Asset Reference(s)           UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 12-46354 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | AVADO, ANTHONY | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2044 | **Account #:** | ******7400 Checking |
| **For Period Ending:** | 05/05/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7400 Checking | $15,000.00 | $15,000.00 | $0.00 |
| | **$15,000.00** | **$15,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)